**James Lee HENDERSON, Petitioner–Appellant**

v.

**Lorie DAVIS, Director, Texas Department of Criminal Justice, Correctional Institutions Division, Respondent–Appellee**

No. 14-70001

United States Court of Appeals, Fifth Circuit.

FILED August 9, 2017

Eric M. Albritton, Albritton Law Firm, Longview, TX, Elizabeth L. DeRieux, Capshaw DeRieux, L.L.P., Gladewater, TX, for Petitioner–Appellant.

Arthur D'Andrea, Stephen M. Hoffman, Assistant Attorney General, Office of the Attorney General, Matthew Hamilton Frederick, Deputy Solicitor General, Office of the Solicitor General, Austin, TX, for Respondent–Appellee.

Sheri L. Johnson, Cornell University, Ithaca, NY, for Amici Curiae American Association on Intellectual and Developmental Disabilities and Arc of the United States.

Mark Keith Glasser, Senior Litigation Attorney, Sidley Austin, L.L.P., Houston, TX, for Amicus Curiae Texas Psychological Association.

Before JOLLY, SMITH, and ELROD, Circuit Judges.

## ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

PER CURIAM:

This Court affirmed the district court's denial of Henderson's successive federal habeas petition in which he claimed that he is intellectually disabled and thus ineligible to be executed under *Atkins v. Virginia,* 536 U.S. 304, 122 S.Ct. 2242, 153 L.Ed.2d 335 (2002). *Henderson v. Stephens,* 791 F.3d 567 (5th Cir. 2015). The Supreme Court granted certiorari, vacated our judgment, and remanded this case to us for further consideration in the light of *Moore v. Texas,* —— U.S. ——, 137 S.Ct. 1039, 197 L.Ed.2d 416 (2017). *Henderson v. Davis,* —— U.S. ——, 137 S.Ct. 1450, 197 L.Ed.2d 644 (2017). It appears that the remand from the Supreme Court is best vetted and addressed first by the district court.

Accordingly, we VACATE the judgment of the district court and REMAND this case to the district court for further proceedings in the light of *Moore.*